United States Court of Appeals
Fifth Circuit

**FILED**
October 10, 2024

Lyle W. Cayce
Clerk

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-10431
Summary Calendar
_____

James Arthur Meeks, III,

*Plaintiff—Appellant,*

*versus*

Alvin DeBouse; FNU LNU, *Chief Probation Officer*; John Doe Task Force; John Does Task Force Supervisor(s),

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-619
_____

Before Smith, Stewart, and Duncan, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the brief on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying

a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.